UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ZAZZALI, FAGELLA, NOWAK
 KLEINBAUM & FRIEDMAN
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102-5410
(973) 623-1822
EOH 4375
Attorneys for Petitioners

| | |
|---|---|
| LABORERS' LOCAL UNION NOS. 472 & 172 and LABORERS' LOCAL UNION NOS. 472 & 172 WELFARE AND PENSION FUNDS AND SAFETY, EDUCATION AND TRAINING FUNDS; ZAZZALI, FAGELLA & NOWAK, KLEINBAUM & FRIEDMAN, P.A., <br><br> Petitioners, <br> v. <br><br> ZUCCARO & SONS, INC., A. JULIANO & SONS, GEMELLI CONST., LLC., J.B. INC., McCLOSKEY CO. INC., NORTHSTAR ENTERPRISES, INC., NC CUTTING, STELLA CONTG. INC., J.G. NASCON, and LEWANDOWSKI COMPANIES. <br><br> Respondents. | HON. KATHARINE S. HAYDEN <br> CIVIL ACTION NO.: 08-78 <br><br><br> **ORDER TO WITHDRAW AND DISMISS THE MOTION TO CONFIRM ARBITRATION AWARD AGAINST <u>NC CUTTING</u>** |

This matter having been opened to the Court by Zazzali, Fagella, Nowak, Kleinbaum & Friedman, counsel for Petitioners, on Petitioner's motion and application to withdraw its Motion to Confirm the Arbitration Award dated November 29, 2007 against Respondent, NC CUTTING, and the Court having considered the reasons for the withdrawal of the application and for other good cause shown;

IT IS on this ___ day of _____January_____, 2008;

ORDERED that the Motion and application to Confirm the Arbitration Award entered against NC CUTTING, hereby withdrawn and dismissed without prejudice.

_____
KATHARINE S. HAYDEN, U.S.D.J.